IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MATEER, | No. C 06-01642 WHA |
| Plaintiff, | |
| v. | **NOTICE** |
| INTEROCEAN AMERICAN SHIPPING CORP. and DOES 1–25, | |
| Defendants. / | |

To avoid the need for a separate hearing on judicial notice, the parties are **HEREBY NOTIFIED THAT THE COURT INTENDS TO TAKE JUDICIAL NOTICE** of the facts that the ports of the San Francisco area collectively had the fifth-highest tonnage and number of vessel calls among U.S. ports in 2002. *See* U.S. Department of Transportation, *Vessel Calls at U.S. Ports 2003* (July 2004), *available at* http://www.marad.dot.gov/MARAD_statistics. Either party may be heard at 8 a.m., Thursday, April 13, 2006, on the propriety of taking judicial notice of these facts and of the tenor of the matters the Court intends to notice. No further opportunity to be heard on this issue will be granted on the basis of requests made pursuant to Federal Rule of Evidence 201(e).

**IT IS SO ORDERED.**

Dated: April 11, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE