**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MATEER, | No. C 06-01642 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR ORDER EXTENDING TIME TO MEET-AND-CONFER RE ADR PROCESS SELECTION** |
| INTEROCEAN AMERICAN SHIPPING CORP. (d/b/a IUM), and DOES 1–25, | |
| Defendants. / | |

The Court **GRANTS** the parties' stipulation to extend the time to meet-and-confer regarding ADR process selection to and including **MAY 17, 2006**.

**IT IS SO ORDERED.**

Dated: May 11, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE