IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MATEER, | No. C 06-01642 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S LETTER OF JULY 11, 2006** |
| INTEROCEAN AMERICAN SHIPPING CORP. (d/b/a IUM), and DOES 1–25, | |
| Defendants. / | |

In regard to plaintiff's letter of July 11, 2006, concerning her discovery dispute, defendant may have until 5:00 p.m. on July 13, 2006, in which to respond to said letter. The Court shall then rule on the papers.

**IT IS SO ORDERED.**

Dated: July 12, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE