IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA MATEER,

    Plaintiff,

  v.

INTEROCEAN AMERICAN SHIPPING CORP. and DOES 1–25,

    Defendants.
_____/

No. C 06-01642 WHA

**REQUEST FOR RESPONSE**

At the case management conference on June 1, 2006, the Court specifically warned counsel that it is necessary in maritime cases to head off the problem that counsel have now presented to the Court. Counsel were obligated to meet and confer to agree on a schedule to allow all necessary people to be deposed while they were in this country. By **NOON** on **DECEMBER 7, 2006**, the parties must inform the Court: (1) whether they met and conferred as required; (2) whether they agreed to a schedule for depositions and acoustic testing; and (3) if there was a schedule, to what extent the schedule was complied with. The Court requires responses to all of the foregoing before ruling on the parties' stipulated request.

**IT IS SO ORDERED.**

Dated: November 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE