DEBORAH KOCHAN (S.B. #152089)
MATHEW STEPHENSON (S.B. #154330)
**KOCHAN & STEPHENSON**
260 California Street, Suite 803
San Francisco, California 94111
Telephone: (415) 392-6200
Facsimile: (415) 392-6242
dkochan@kochanstephenson.net

Attorneys for Plaintiff
CHRISTINA MATEER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA MATEER,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>INTEROCEAN AMERICAN SHIPPING CORP.,<br><br>　　　　Defendant. | Case No.: C 06-1642-WHA<br><br>**ORDER RE PMK DEPOSITION AND FURTHER DISCOVERY**<br><br>Date: December 5, 2006<br>Time: 9:00 a.m.<br>Courtroom: 9 |

　　Plaintiff Christina Mateer has moved for an order compelling production of certain documents and the further deposition of defendant's person most knowledgeable. The parties also submitted a stipulation seeking the Court's approval to conduct certain discovery after the close of discovery. The Court has considered the moving and opposition papers and the oral arguments of counsel.

　　Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall produce documents responsive to plaintiff's third request for production regarding terminations occurring on March 14, 2000, September 8, 2001 and November 12, 2005, including the respective seamen's entire personnel files appropriately redacted to preserve privacy;

2. Defendant shall produce a person most knowledgeable to testify on the subjects outlined in plaintiff's PMK deposition notice dated October 25, 2006;

3. Plaintiff shall be allowed to take a half day deposition of Captain Chase in late January 2007 when the vessel on which he is currently serving returns stateside. There shall be

1

1      no delay of this deposition nor delay of any motion for summary judgment on account of
2      the timing of this deposition;
3   4. Plaintiff shall be allowed to conduct a half hour deposition of the custodian of records for
4      Pacific Gulf Marine on December 6, 2006;
5   5. Plaintiff shall not be allowed to take the deposition of Harry Rogers or Ariel Lopez;
6   6. The Court declines to rule on the matter of plaintiff's demand for a vessel inspection and
7      acoustics testing, counsel having agreed on the record to proceed with said inspection and
8      testing if it remains an issue after having met and conferred regarding same.

Dated: December 8, 2006

_____
Hon. William H. Alsup
United States District Court Judge

APPROVED AS TO FORM

Dated: _____

/s/ Katharine Essick
Katharine Essick, Esq.