**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10    CHRISTINA MATEER,                              No. C 06-01642 WHA
11              Plaintiff,
12       v.                                          **REMINDER NOTICE OF**
                                                     **UPCOMING TRIAL AND FINAL**
13    INTEROCEAN AMERICAN SHIPPING                   **PRETRIAL CONFERENCE**
      CORP. (d/b/a IUM), and DOES 1–25,
14
15              Defendants.
      _____/
16
17           This notice serves as a friendly reminder that this case remains set for a **FINAL**
18    **PRETRIAL CONFERENCE** on **MARCH 23, 2007**, at **2:00 P.M.**, with a **JURY TRIAL** on **APRIL 9,**
19    **2007**.  Please consult the existing case management order and review and follow all standing
20    guidelines and orders of the undersigned for civil cases on the Court's website at
21    http://www.cand.uscourts.gov.  Continuances will rarely be granted.
22           The final pretrial conference will be an important event, for it will be there that the
23    shape of the upcoming trial will be determined, including *in limine* orders, time limits and
24    exhibit mechanics.  Lead trial counsel must attend.
25           To avoid any misunderstanding with respect to the final pretrial conference and trial,
26    the Court wishes to emphasize that all filings and appearances must be made — on pain of
27    dismissal, default or other sanction — unless and until a dismissal fully resolving the case is
28    received.  It will not be enough to inform the clerk that a settlement in principle has been

**United States District Court**
For the Northern District of California

1   reached or to lodge a partially executed settlement agreement or to lodge a fully executed

2   agreement (or dismissal) that resolves less than the entire case.  Where, however, a

3   fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

4   case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial

5   act remains, the Court will arrange a telephone conference to work out an alternate procedure

6   pending a formal dismissal.

7        In order to evaluate whether the Court can be of further ADR assistance, please file a

8   joint report within fourteen days of service of this order describing the progress and status of

9   your ADR efforts to date and any further ADR recommendations by the parties.

10       In this case, the Court wishes to consider the following additional trial procedures and

11  desires that counsel meet and confer and reach a stipulation concerning whether and how to

12  use them:

13            1.    Scheduling opposing experts so as to appear in successive order;

14            2.    Giving preliminary instructions on the law;

15            3.    Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39

16  of the Arizona Rules of Civil Procedure); and

17            4.    Allowing each side fifteen minutes of opening/argument time to

18  be used during the evidence time (in addition to normal opening statement and

19  closing argument).

20       Please present the results of your stipulation (or not) in the joint pretrial conference

21  submissions.

22

23

24  Dated:  December 11, 2006.                    _____

25                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

26

27

28